# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Walter W. Briggs**

        **Debtor(s)**

**BK NO. 25-02900 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS2 and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
13 Feb 2026, 10:39:16, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: f46622da3981beceld9ad4521d8aa0559b7e7fb4dad18ebbace82fa484dce2b