United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-02900-MJC

Walter W. Briggs  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 1

Date Rcvd: Apr 01, 2026 Form ID: pdf010 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| | Patricia Briggs, 173 Nadine Blvd, Pocono Summit, PA 18346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Geoffrey S. Worthington | on behalf of Creditor Stillwater Sewer Corp. gworthington@dwlawllc.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS2 bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS2 rshearer@raslg.com |
| Thomas G. Masciocchi | on behalf of Debtor 1 Walter W. Briggs tmasciocchi@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Walter W. Briggs | CHAPTER 13 |
|         Debtor(s) | |
| Legacy Mortgage Asset Trust 2021-GS2 | |
|         Movant | |
|     vs. | |
| | NO. 25-02900 MJC |
| Walter W. Briggs | |
|         Debtor(s) | |
| Patricia Briggs | |
|         Co-Debtor(s) | |
| | 11 U.S.C. Section 362 and 1301 |
| Jack N. Zaharopoulos | |
|         Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and after Notice and opportunity for a hearing, with no responses having been filed, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the Co-Debtor Stay provided under 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 173 Nadine Boulevard aka 2321 Nadine Boulevard, Pocono Summit, PA 18346 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 1, 2026