United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 25-02900-MJC

Walter W. Briggs                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 1

Date Rcvd: May 05, 2026                 Form ID: pdf010                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**                **Recipient Name and Address**
                      Patricia Briggs, 173 Nadine Blvd, Pocono Summit, PA 18346

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Geoffrey S. Worthington
          on behalf of Creditor Stillwater Sewer Corp. gworthington@dwlawllc.com

Jack N Zaharopoulos
          ecf_pahu_alt@trustee13.com

Matthew K. Fissel
          on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS2 bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Robert Shearer
          on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS2 rshearer@raslg.com

Thomas G. Masciocchi
          on behalf of Debtor 1 Walter W. Briggs tmasciocchi@keaveneylegalgroup.com
          atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com

United States Trustee
          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

In Re:

    Walter W. Briggs

        Debtor.

Chapter 13

Case No.: 5:25-bk-02900-MJC

---

    Walter W. Briggs
    **Movant.**

    vs.

    Legacy Mortgage Asset Trust 2021-GS2
    Jack N. Zaharopoulos
    **Respondents.**

---

## ORDER

Upon consideration of the Debtor's Motion to Vacate Order Granting Relief from Automatic Stay, Doc. 35 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Order entered on April 1, 2026, Doc. 33, is **VACATED** and the automatic stay is **REINSTATED** as to 173 Nadine Blvd., Pocono Summit, PA 18346.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 5, 2026