<u>**LOCAL BANKRUPTCY FORM 9019-1**</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **Walter W. Briggs** | : | **CHAPTER <u>13</u>** |
| | : | |
| **Debtor(s)** | : | **CASE NO.: <u>5:25-bk-02900-MJC</u>** |
| | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **ADVERSARY NO. ___-____-ap-_____** |
| **Fargo Auto** | : | **(if applicable)** |
| **Plaintiff(s)/Movant(s)** | : | |
| **vs** | : | **Nature of Proceeding: <u>Relief from Stay</u>** |
| | : | **Pleading: <u>Motion for Relief from Stay</u>** |
| **Walter W. Briggs** | : | |
| | : | |
| **Jack N Zaharopoulos** | : | **Document #: <u>40</u>** |
| **Defendants(s)/Respondent(s)** | | |

<u>**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**</u>

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

26-009315_KJB

(3)  Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____07/09/2026_____      /s/ Adam B. Hall
_____

Attorney for_ Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto_____

26-009315_KJB